# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL HOLMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:12-CV-02333-HEA |
| | ) | |
| MAYOR FRANCIS G. SLAY, | ) | |
| et. al., | ) | |
| | ) | |
| Defendants | ) | |

## <u>DEFENDANTS' EXHIBIT LIST</u>

Defendants Bobby Garrett and Shell Sharp may introduce the following exhibits at trial:

| **Exhibit** | **Description** |
|---|---|
| Deft A | St. Louis Metropolitan Police Incident Report No. CN 03-144684 (previously produced at HOLMES 00279 to 000295 and as Exhibit I to Defendants' motions for summary judgment) |
| Deft B | St. Louis Metropolitan Police Department Incident Report, Cmplt # 95002151 (HOLMES 001 to HOLMES 017) |
| Deft C | Evidence submission receipts and lab reports for Lab Case No. 03-011942 (HOLMES 018 to HOLMES 066) |
| Deft D | Trial transcript from 4:05-CR-522-CEJ (selected pages with handwritten notes made by Plaintiff) |

Defendant Bobby Garrett and Shell Sharp reserve the right to introduce exhibits identified by the Plaintiff and/or other parties in their respective exhibit lists, and to introduce additional exhibits in response to the evidence presented at trial by Plaintiff.

Respectfully submitted,

**CHRIS KOSTER**,
Attorney General


  /s/ H. Anthony Relys
Robert J. Isaacson, #38361
H. Anthony Relys, #63190
Assistant Attorney General
Post Office Box 861
St. Louis, MO  63188
Tel: (314) 340-7861
Fax: (314) 340-7029
E-mail: Tony.Relys@ago.mo.gov

*Attorneys for Defendants Bobby
Garrett and Shell Sharp*

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2016, the foregoing **Defendants' Exhibit List** was served via the Court's electronic filing system upon all counsel of record.


  /s/ H. Anthony Relys
H. Anthony Relys
Assistant Attorney General